JS - 6

GARRETT & TULLY, P.C.
STEPHEN J. TULLY (STATE BAR NO. 112390)
stully@garrett-tully.com
NATALIA M. GREENE (STATE BAR NO. 207370)
ngreene@garrett-tully.com
4165 E. Thousand Oaks Blvd., Suite 201
Westlake Village, CA 91362-3839
Telephone: (805) 446-4141
Facsimile: (805) 446-4135

Attorneys for Defendant and Counter-Plaintiff
STONEFIELD JOSEPHSON, INC.

RIVERO MESTRE & CASTRO
ANDRES RIVERO (FL. STATE BAR NO. 613819)
arivero@rmc-attorneys.com
JORGE MESTRE (FL. STATE BAR NO. 088145)
jmestre@rmc-attorneys.com
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

Attorneys for Plaintiff and Counter-Defendant
RICA FOODS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICA FOODS, INC., a Nevada corporation,<br><br>         plaintiff,<br><br>    vs.<br><br>STONEFIELD JOSEPHSON, INC., a California corporation,<br><br>         defendant. | Case No. 09-cv-6518 GW (CWx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>[*Lodged Concurrently With Stipulation of Dismissal*] |

After considering the Stipulation of Dismissal, **IT IS HEREBY ORDERED** that:

The complaint filed by Rica on or about September 8, 2009 and the counterclaim filed by Stonefield on or about October 6, 2010, shall be dismissed with prejudice and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 13, 2010     _____
                              THE HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE

Submitted by:

_____
ANDRES RIVERO, ESQ.
Attorneys for Rica Foods, Inc.